**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JIMMY LADON GOLDEN,

    Plaintiff,

v.                                                    CASE NO. 4:11cv380-MP-WCS

COLLEEN MERINGOLLO, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 21, 2011. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. This case is dismissed without prejudice.

    **DONE and ORDERED** this 23rd day of February, 2012.

                                                    *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**